DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. McALLISTER

No. 288A00

Case below: 138 N.C.App. 252

Motion by Attorney General to dismiss the appeal for lack of substantial question allowed 5 October 2000.

STATE v. McMILLIAN

No. 380P00

Case below: 139 N.C.App. 207

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

STATE v. MOORE

No. 417P00

Case below: 111 N.C.App. 931

Motion by defendant pro se to withdraw without prejudice petition for writ of certiorari allowed 5 October 2000. Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals dismissed as moot 5 October 2000. Justice Orr recused.

STATE v. ROSS

No. 369P00

Case below: 139 N.C.App. 452

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

STATE v. ROUSE

No. 364P00

Case below: 139 N.C.App. 208

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 October 2000.